USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI,

                             **Plaintiff,**

-against-

TL & CG INC., et al.,

                             **Defendants.**

-----------------------------------------------------------------X

19-CV-08502 (JMF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On Friday, September 13, 2019, the Honorable Jesse M. Furman referred this matter to my docket for settlement. The parties are directed to contact Courtroom Deputy Rachel Slusher with both parties on the line by Wednesday, November 13, 2019, at (212) 805-0286, to schedule a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 12, 2019
              New York, New York