UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI,

                         **Plaintiff,**

    -against-

TL & CG INC., et al.,

                         **Defendants.**

-----------------------------------------------------------------X

19-CV-8502 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

       On August 5, 2020, the parties appeared for a telephonic discovery conference. As discussed at the conference, the deadline for Defendants to respond to discovery demands and interrogatories is extended to September 16, 2020. The deadline to complete all discovery is extended to October 30, 2020.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      August 6, 2020
                New York, New York