UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI, on behalf of himself and others similarly situated,

                      **Plaintiff,**                      19-CV-08502 (SN)

    -against-                                    **ORDER**

TL & CG INC., et al,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court's August 10, 2020 Order granting in part Plaintiff's motion for conditional collective certification authorized notice to be sent to all deliverymen employed by Defendants within three years plus 60 days of notice. ECF No. 55. The proposed amended collective notice incorrectly calculated the relevant limitations period. See ECF No. 56-1 (stating that employees who worked for Defendants since February 28, 2017, have a right to participate). Plaintiff is directed to recalculate the relevant date and revise the notice accordingly.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:       August 14, 2020
                New York, New York