**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

YUEFENG SHI,

                                **Plaintiff,**

                    -against-

TL & CG, Inc., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**19-CV-08502 (SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 11/23/2020

**SARAH NETBURN, United States Magistrate Judge:**

On November 23, 2020, the parties appeared before the Court for a settlement conference, however, they were unable to agree to a settlement. Accordingly, the Court will extend the fact discovery deadline to January 29, 2021. No further extensions will be granted. Additionally, the parties are directed to file a joint letter on January 15, 2021, discussing the status of discovery.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
              November 23, 2020