USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI,

                              **Plaintiff,**                      19-CV-08502 (SN)

    -against-                                                        **ORDER**

TL & CG INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       The settlement conference currently scheduled for Thursday, April 15, 2021, at 10:00 a.m. will instead be held at 11:30 a.m. that same day. The Court will provide dial-in information by email before the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 8, 2021
               New York, New York