```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI,

                                                        Plaintiff,                                     19-CV-08502 (SN)

                -against-                                            **ORDER**

TL & CG INC., et al.,

                                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court's April 12, 2021 Order adjourning the parties' settlement conference directed the parties to file a letter within one week of mediation to inform the Court about the status of the case. ECF No. 71. Mediation occurred on July 6, 2021. Accordingly, the parties are directed to file their status letter no later than August 30, 2021. The parties should indicate in the status letter whether any party intends to move for summary judgment and, if so, to propose a reasonable briefing schedule.

**SO ORDERED.**

                                                                           _____
                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:        August 23, 2021
                     New York, New York