UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI,

                              Plaintiff,                      19-CV-08502 (SN)

        -against-                            **ORDER**

TL & CG INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Supreme Court recently held that "[o]nly those plaintiffs who have been *concretely harmed* by a defendant's statutory violation may sue that private defendant over that violation in federal court." TransUnion LLC v. Ramirez, 141 S. Ct. 2190, 2205 (2021) (emphasis added). Our sister courts have consequently found that allegations of "technical" violations of the New York Labor Law (NYLL), specifically the NYLL's wage notice and statement requirements, are insufficient alone to confer Article III standing on plaintiffs with respect to those claims. See Sevilla v. House of Salads One LLC, No. 20-cv-6072 (PKC)(CLP), 2022 WL 954740, at *7 (E.D.N.Y. Mar. 30, 2022); Wang v. XBB, Inc., No. 18-cv-7341 (PKC)(ST), 2022 WL 912592, at *13 (E.D.N.Y. Mar. 29, 2022); Francisco v. NY Tex Care, Inc., No. 19-cv-1649 (PKC) (ST), 2022 WL 900603, at *1 (E.D.N.Y. Mar. 28, 2022).

By June 15, 2022, the parties shall simultaneously submit letter briefs, no more than three pages in length, addressing the question of whether Plaintiff Shi has Article III standing to bring claims for violations of NYLL §§ 195(1) and 195(3).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   June 9, 2022
         New York, New York