USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI,

                        Plaintiff,                        19-CV-08502 (SN)

        -against-                                                  **ORDER**

TL & CG INC., et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the upcoming mediation conference on December 9, 2022, the Court further stays the motion to withdraw as counsel until December 16, 2022. The parties are directed to file a joint status letter by that same date.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      November 1, 2022
                  New York, New York