# TROY LAW, PLLC

ATTORNEYS/COUNSELORS AT LAW

Tel: 718.762.1324   johntroy@troypllc.com   Fax: 718.762.1342

41-25 Kissena Blvd., Suite 110, Flushing, New York 11355

December 16, 2022

*Via* **ECF**

Hon. Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Joint Status Report on Mediation:**
19-cv-08502 *Shi v. TL & CG Inc. et al*

Your Honor,

This office represents Plaintiff in the above-referenced matter. We write respectfully along with the Defendants' attorney TL & CG INC. d/b/a Han, GUOYONG CHEN a/k/a Guo Yong Chen a/k/a John 01 Doe to report the status of the mediation held in the above referenced matter.

On August 23, 2022, Your Honor, referred this matter to the SDNY Mediation program and stayed the Defendants Motion to withdraw as attorney pending outcome of the mediation in this matter.  On December 9, 2022, both the parties attended mediation before mediator Pamela R. Esterman to bridge the gap to settle this matter. Unfortunately, despite good faith efforts to settle this matter, the parties were unable to settle this matter.

We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

*/s/ Aaron Schweitzer, Esq.*
Aaron Schweitzer

Cc: all counsel of record *Via* Ecf

AS/pk