UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI,

                                              Plaintiff,                                                  19-CV-08502 (SN)

               -against-                                                    **ORDER**

TL & CG INC., et al.,

                                             Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 26, 2023, the Court issued a Final Pre-Trial Scheduling Order instructing the parties to, *inter alia*, submit a joint proposed pre-trial order and trial binders no later than March 17, 2023. See ECF No. 110. On March 17, 2023, Plaintiff submitted an incomplete version of the proposed scheduling order and indicated that an updated version reflecting Defendants' contributions would be forthcoming. To date the Court has received no further communication from either party.

       Defendants are directed to file a letter with the Court no later than March 24, 2023, explaining their failure to comply with the Court's January 26, 2023 order. Defendants are warned that further failure to comply with the Court's orders may result in adverse consequences, up to and including default, and that no further extensions to existing deadlines will be granted absent good cause.

**SO ORDERED.**

                                                                                SARAH NETBURN
                                                                                United States Magistrate Judge

DATED:     March 23, 2023
                    New York, New York