**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

YUEFENG SHI,

                          **Plaintiff,**

            -against-

TL & CG INC., et al.,

                      **Defendants.**
-----------------------------------------------------------------X

**19-CV-08502 (SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 4/5/2023

**SARAH NETBURN, United States Magistrate Judge:**

       In light of Defendant Guoyong Chen's travel plans, this case will be tried to a jury

beginning May 17, 2023, or any week thereafter. The parties are reminded of their obligation to

submit exhibit binders. See ECF Nos. 110, 117. To date, the Court has received nothing from

either party. The parties may submit their binders no later than April 17, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 5, 2023
              New York, New York