**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

YUEFENG SHI,

                           Plaintiff,                              **19-CV-08502 (SN)**

            -against-                                                    **ORDER**

TL & CG INC., et al.,

                           Defendants.
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The trial in this case scheduled for Wednesday, May 17, 2023, will be held in Courtroom

906, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

If either party wishes to utilize electronic devices, including electronic technology to

present evidence, they are directed to contact Courtroom Technology no later than 10:00 a.m. on

Monday, May 15, 2023. More information, including contact information, is available at

https://www.nysd.uscourts.gov/court-tech.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      May 12, 2023
            New York, New York