UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI,

                  Plaintiff,                  19-CV-08502 (SN)

     -against-                           **ORDER**

TL & CG INC., et al.,

                  Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On May 17, 18, and 19, the parties appeared before me for a trial by jury. On May 19, 2023, the jury returned a verdict. Accordingly:

- Defendants' renewed motion for Judgment as a Matter of Law under Fed. R. Civ. P. 50(b) is due no later than June 2, 2023, and Plaintiff's opposition is due June 16, 2023;

- Defendants' motion challenging Plaintiff's standing to recover a statutory penalty for Defendants' wage notice violations is due no later than June 2, 2023, and Plaintiff's opposition is due June 16, 2023;

- Plaintiff's motion for attorney's fees is due no later than June 23, 2023, and Defendants' opposition, if any, is due June 30, 2023; and

- Plaintiff's motion for default judgment against Defendant Jian Xiang Yang, if any, is due June 16, 2023.

       With respect to these motions, first, Defendants are ORDERED to immediately order a copy of the trial transcript. Second, the parties should meet and confer with respect to Plaintiff's fee application. As the prevailing party, Plaintiff is entitled to a fee award. The parties, however,

may stipulate to an award to avoid additional fees for the motion practice and to conserve judicial resources.

**SO ORDERED.**

                                                                                                                                        _____
                                                                                                                                        SARAH NETBURN
                                                                                                                                        United States Magistrate Judge

DATED:     May 22, 2023
              New York, New York