```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI,

                                         Plaintiff,                                19-CV-08502 (SN)

           -against-                                                     **ORDER**

TL & CG INC., et al.,

                                      Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A conference is scheduled for Thursday, June 29, 2023, at 4:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of the conference is to discuss Plaintiff counsel's pending fee motion, whether the parties met and conferred regarding stipulating to attorneys' fees as directed by the Court, see ECF No. 123, and, in any event, if Defendants are now willing to stipulate to an award of attorney fees to preserve limited judicial resources.

**SO ORDERED.**

                                                                                   _/s/ Sarah Netburn_
                                                                                    SARAH NETBURN
                                                                                     United States Magistrate Judge

DATED:      June 26, 2023
                   New York, New York