UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI,

                        Plaintiff,                                19-CV-08502 (SN)

        -against-                                      **ORDER**

TL & CG INC., et al.,

                       Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 16, 2023, following a jury trial against the appearing Defendants, Plaintiff moved for default judgment against Defendant Jian Xiang Yang. See ECF No. 131. On June 23, 2023, Plaintiff moved for an award of attorney's fees and costs. See ECF No. 143.

      Plaintiff's fee motion is directed against the Defendants generally and does not address what fees and costs he seeks to recover from Defendant Yang (whether jointly and severally with other Defendants, or uniquely recoverable from Defendant Yang). To the extent Plaintiff is seeking fees and costs from Defendant Yang at all, he is directed to set forth the amount, supported by contemporaneous records, and the basis for awarding those fees in a separate application, to be filed no later than September 20, 2023.

      In addition, Plaintiff is directed to file an affidavit of service of his motion for default judgment and the forthcoming supporting papers on Defendant Yang by that same date.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:     September 6, 2023
               New York, New York