UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 9/7/2023
```

YUEFENG SHI,

                                     **Plaintiff,**                              **19-CV-08502 (SN)**

                   -against-                                          <u>**ORDER OF JUDGMENT**</u>

TL & CG INC., et al.,

                                     **Defendants.**
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Following a trial in this matter, the jury returned a verdict in favor of Plaintiff on May 19,

2023. <u>See</u> ECF 125. Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) Judgment is entered for Plaintiff Yuefeng Shi against Defendants TL & CG Inc., Guoyong Chen, and Guoqing Chen on his minimum wage, overtime, and spread of hours claims in the amount of $103,076.84 ($42,771.45 in actual damages; $42,771.45 in liquidated damages under the New York Labor Law ("NYLL"); and $17,533.94 in prejudgment interest under N.Y. CPLR §§ 5001, 5004).

2) Judgment is entered for plaintiff Yuefeng Shi against Defendants TL & CG Inc., Guoyong Chen, and Guoqing Chen on his tools of the trade claims in the amount of $800.00.

3) Judgment is entered for plaintiff Yuefeng Shi against Defendants TL & CG Inc., Guoyong Chen, and Guoqing Chen for attorney's fees and costs of $82,332.00.

4) Plaintiff is entitled to post-judgment interest pursuant to 28 U.S.C. § 1961(a), calculated at the federal rate from the date the Clerk of Court enters judgment until the date the above-named Defendants pay.

5) Pursuant to NYLL § 198(4), should any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:        September 7, 2023
                   New York, New York