```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YUEFENG SHI,

                              Plaintiff,                19-CV-08502 (SN)

              -against-                                 ORDER

TL & CG INC., et al.,

                              Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

On September 8, 2023, the Court issued an Opinion & Order awarding attorneys' fees in reliance on the calculations performed by John Troy and reported in his Declaration in Support of Plaintiff's Motion for Attorneys' Fees and Costs. See ECF No. 158. Thereafter, defense counsel filed a letter noting that the hours reported for Attorney Aaron Schweitzer were incorrect. See ECF No. 160. In response, the Court conducted its own calculation of Mr. Schweitzer's hours and confirmed, off-the-record with both counsel, that the revised calculation is correct. In those off-the-record communications, Mr. Schweitzer suggested that the hours reported by Mr. Troy with respect to his time and Preethi Kilaru's time was also incorrect. Accordingly, the Court has calculated the hours performed by those individuals and is satisfied that the hours reported in the original Opinion & Order and reported in Mr. Troy's original Declaration are correct.

Accordingly, the Court will issue an Order of Amended Judgment which will award attorneys' fees in the amount of $65,981.50. The Order of Amended Judgment will include a

total award of $70,504.50, consisting of $65,981.50 in attorneys' fees and $4,559.00 in costs.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 15, 2023
         New York, New York