UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI,

                                           Plaintiff,                      **19-CV-08502 (SN)**

                -against-                            **ORDER OF AMENDED**
                                                                                   **JUDGMENT**

TL & CG INC., et al.,

                                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        WHEREAS, following a trial in this matter, the jury returned a verdict in favor of Plaintiff on May 19, 2023. See ECF No. 125; and

        WHEREAS, on September 8, 2023, the Court issued an Order of Judgment in favor of Plaintiff, and an Opinion and Order awarding Plaintiff $77,773.00 in attorneys' fees. See ECF Nos. 158 and 159; and

        WHEREAS, Plaintiff's counsel miscalculated the hours of work performed by Attorney Aaron Schweitzer, resulting in an inflated attorneys' fee award; and

        WHEREAS, the parties agree that the correct calculation for Attorney Schweitzer's fees, pursuant to the Court's September 8, 2023 Opinion & Order, is $41,499.50 at an hourly rate of $350.00. See ECF No.163; and

        IT IS THEREFORE ORDERED THAT the Order of Judgment at ECF No. 159 is VACATED; and

        IT IS THEREFORE FURTHER ORDERED, ADJUDGED, and DECREED that:

1) Judgment is entered for Plaintiff Yuefeng Shi against Defendants TL & CG Inc., Guoyong Chen, and Guoqing Chen on his minimum wage, overtime, and spread of

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/2023*

hours claims in the amount of $103,076.84 ($42,771.45 in actual damages; $42,771.45 in liquidated damages under the New York Labor Law ("NYLL"); and $17,533.94 in prejudgment interest under N.Y. CPLR §§ 5001, 5004).

2) Judgment is entered for plaintiff Yuefeng Shi against Defendants TL & CG Inc., Guoyong Chen, and Guoqing Chen on his tools of the trade claims in the amount of $800.00.

3) Judgment is entered for plaintiff Yuefeng Shi against Defendants TL & CG Inc., Guoyong Chen, and Guoqing Chen for attorneys' fees and costs of $70,540.50.

4) Plaintiff is entitled to post-judgment interest pursuant to 28 U.S.C. § 1961(a), calculated at the federal rate from the date the Clerk of Court enters judgment until the date the above-named Defendants pay.

5) Pursuant to NYLL § 198(4), should any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent.

Because the Court must still address the pending motion for default judgment against Defendant Jian Xiang Yang, the Clerk of Court is requested not to close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 19, 2023
         New York, New York