```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUEFENG SHI,

                                              Plaintiff,

            -against-

TL & CG, Inc., et al.,

                                              Defendants.

-----------------------------------------------------------------X

19-CV-08502 (SN)

ORDER

SARAH NETBURN, United States Magistrate Judge:

       Because defendant Jian Xiang Yang a/k/a Jianxiang Yang a/k/a John 02 Doe has not appeared and, therefore, has not consented to the jurisdiction of a United States Magistrate Judge, the Clerk of Court is respectfully requested to re-designate District Judge Jesse M. Furman as the presiding judge in this case.

SO ORDERED.

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:     October 2, 2023
                New York, New York